IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAURIE BAHRAKIS, ET AL.,

PLAINTIFFS,

VS.

ERIC ZIMMERMAN, ET AL.,

DEFENDANTS.
_______________________________/

CASE NO. 8:19-CV-2948-T-24 SPF

CLASS ACTION REPRESENTATION
AND DEMAND FOR JURY TRIAL
INJUNCTIVE RELIEF SOUGHT

**MOTION FOR LEAVE TO FILE VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiffs, by and through their undersigned counsel and under *Fed. R. Civ. P. 41(a)(1)*, respectfully request that this Court enter its Order granting leave for the Plaintiffs to file a voluntary dismissal without prejudice. As grounds, Plaintiffs would show:

1. No class has been certified by this Court. On April 29, 2020 this Court entered its Order (*Dkt*. 28) granting, *inter alia*, dismissal with prejudice on some claims but without prejudice as to the major federal Civil RICO claims. The Court granted leave to the Plaintiffs to file an amended complaint by May 11, 2020.

2. Considering the rulings of the Court and the Court's guidance on pending issues, the Plaintiffs desire to pursue their claims under state civil remedies rather than further amend the federal complaint.

3. The Plaintiffs recently provided the undersigned with hundreds of pages of relevant homeowner association documents which will enable a more complete factual development under state court remedies. Considering the communication with the Plaintiffs under the current state of pandemic, it may require 30 or more days before the

undersigned can conclude document review and drafting of an appropriate state court complaint.

4. **Under the obligation to confer with counsel before filing the instant Motion**, the undersigned emailed defendants' counsel Bobo and Barlow yesterday, May 11 at 2:12 PM:

> Mr. Bobo: In light of your refusal to agree to the 45 days to amend the complaint and conduct mediation, my clients have authorized me to instead seek leave of the court to file a voluntary dismissal without prejudice. We expect to file a state court claim. Do you oppose a voluntary dismissal without prejudice?

With no response by 4:14 PM, the undersigned sent a text message to Defendants' counsel Bobo and Barlow's cell phones:

> Do you oppose voluntary dismissal without prejudice in Harbor View case? Thanks, Dan Perry 407-894-9004

With no response by 8:46 PM, the undersigned again emailed Defendants' counsel Bobo and Barlow:

> Regarding Harbor-View: Do you oppose a Motion for Leave to File a Voluntary Dismissal without Prejudice?

Defense Counsel Barlow replied at 9:30 PM that:

> Mr. Perry - this is Allen's call.

**Defendants' counsel Bobo waited until today, May 12 at 10:10 AM to respond:**

> We understand that you are not pursuing the remaining claims and have missed the Court's deadline to amend. We cannot consent to dismissal, without prejudice. We intend to move for entry of final judgment under Rule 41. This situation is also unique because we have a sanction award to liquidate and fee motions for the court to address.

WHEREFORE, the Plaintiffs would request that this Court grant its request for leave to file a voluntary dismissal without prejudice.

Certificate of Service and
Compliance with Local Rule 3.01(g)

I certify that on May 12, 2020 I electronically filed the foregoing by using the CM/ECF system which will serve a notice of electronic filing to all counsel of record. I further certify that pursuant to Local Rule 3.01(g), the undersigned has sent and exchanged email on May 11 through May 12, 2020 with counsel for the opposing parties in a good faith effort to resolve the issues raised by this motion. The exchange is reproduced in Exhibit A attached and adopted below. Counsel are not able to agree on the resolution of this motion.

/S/ Daniel W. Perry
DANIEL W. PERRY
Fla. Bar No. 376671
4767 New Broad St, #1007
Orlando, FL 32814-6405
Ph: 407-894-9003
Email: dan@danielperry.com
Attorney for Plaintiffs

Exhibit A
(Emphasis Added)

***

**Date: May 11, 2020 at 2:12 PM**
From: Daniel W. Perry
**Subject: Harbor-View voluntary dismissal without prejudice**
To: Joseph Allen Bobo, Mahlon Barlow, Jody B. Gabel
Cc: Linda Pestano, Tara Latino

Mr. Bobo:

In light of your refusal to agree to the 45 days to amend the complaint and conduct mediation, my clients have authorized me to instead seek leave of the court to file a voluntary dismissal without prejudice.

We expect to file a state court claim.

Do you oppose a voluntary dismissal without prejudice?

Daniel Perry
Ph 407-894-9003

***

**Via Text Message to the Cell Phones of Joseph Allen Bobo (941-315-5464) and Mahlon Barlow (813-546-7520)**

Do you oppose voluntary dismissal without prejudice in Harbor View case?

Thanks, Dan Perry 407-894-9004

***

**Date: May 11, 2020 at 8:46 PM**
From: Daniel W. Perry
**Subject: Harbor-View: Do you oppose a Motion for Leave to File Voluntary Dismissal without Prejudice?**
To: Joseph Allen Bobo, Mahlon Barlow, Jody B. Gabel
Cc: Linda Pestano, Tara Latino

Mr. Bobo & Mr. Barlow:

Regarding Harbor-View: Do you oppose a Motion for Leave to File a Voluntary Dismissal without Prejudice?

Thanks,

Daniel Perry
Ph 407-894-9003

Attachment: PDF of the proposed Motion for Leave to File Voluntary Dismissal

***

**Date: May 11, 2020 at 9:30 PM**
From: Mahlon Barlow
Subject: Re: Harbor-View: Do you oppose a Motion for Leave to File Voluntary Dismissal without Prejudice?
To: Daniel W. Perry, Joseph Allen Bobo
Cc: Linda Pestano, Tara Latino

Mr. Perry - this is Allen’s call.

Mahlon H. (“Tripp”) Barlow
Sivyer Barlow & Watson, P.A.
401 E. Jackson St.

Suite 2225
Tampa, Florida 33602
www.sbwlegal.com
Main – 813.221.4242
Direct – 813.574.6711
Mobile – 813.546.7520
Fax – 813.227.8598
mbarlow@sbwlegal.com

***

**Date: May 12, 2020 at 10:10 AM**
From: Joseph Allen Bobo
**Subject: Harbor-View**
To: Daniel W. Perry, Stanley Martin, Mahlon Barlow

We understand that you are not pursuing the remaining claims and have missed the Court's deadline to amend. We cannot consent to dismissal, without prejudice. We intend to move for entry of final judgment under Rule 41. This situation is also unique because we have a sanction award to liquidate and fee motions for the court to address.

J. Allen Bobo
Lutz, Bobo & Telfair, P.A.
2. North Tamiami Trail
Ste. 500
Sarasota, Fl. 34236
jabobo@lutzbobo.com
Office: 941 951 1800
Cell: 941 315 5464